1    JS-6

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11   MAX FUNK,                          CV 10-9911 PA (JEMx)

12            Plaintiff,                JUDGMENT

13        v.

14   UNITED STATES OF AMERICA, et al.,

15            Defendants.

16

17

18        Pursuant to the Court's March 28, 2011 Minute Order dismissing with prejudice the

19   Complaint of plaintiff Max Funk ("Plaintiff") against defendants the United States and

20   Timothy Geithner (collectively "Defendants"),

21        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall

22   have judgment in their favor against Plaintiff on his claims.

23        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

24   nothing and that Defendants shall have their costs of suit.

25        IT IS SO ORDERED.

26   DATED:  March 28, 2011                _____

27                                         Percy Anderson
                                           UNITED STATES DISTRICT JUDGE
28